Edward A. Kraus, SBN 162043
Kathryn E. Barrett, SBN 162100
SILICON VALLEY LAW GROUP
50 W. San Fernando Street, Suite 750
San Jose, CA 95113
Tele: (408) 573-5700
Fax: (408) 573-5701

Attorneys for Plaintiff
ACCELER-RAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFO

| | |
|---|---|
| ACCELER-RAY, INC.<br><br>            Plaintiff,<br><br>      vs.<br><br>IPG PHOTONICS CORPORATION,<br><br>            Defendant. | Case No.: 16-cv-02352-HRL<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF PHOTONICS CORPORATION'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE<br><br>[Local Rule 6-2(a)]<br><br>Current Hearing Date: July 19, 2016<br>Time:  10:00 am.<br>Courtroom 2, 5th Floor<br>280 S. First Street,<br>San Jose, CA 95113<br><br>Proposed Hearing Date:  July 26, 2016 |

Pursuant to Local Rule 6-2(a), Plaintiff Acceler-Ray, Inc. ("Plaintiff") and Defendant IPG Photonics Corporation ("Defendant"), by and through their counsel, hereby stipulate and agree as follows:

**STIPULATION**

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

1. On May 6, 2016, Defendant filed its Motion to Dismiss, or, in the Alternative, Motion to Transfer Venue, Docket [8].

Case No. 16-cv-02352-HRL

---

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF PHOTONICS CORPORATION'S MOTION
TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE
10476313.DOC                                                               1

2. On May 13, 2016 the court notified the parties that the Case Management Conference and the Motion Hearing (In Re: ECF No. [8]) were vacated and that the case was being re-assigned.

3. On May 20, 2016, Plaintiff filed its Opposition to Motion to Dismiss, or, in the Alternative, Motion to Transfer Venue.

4. On May 27, 2016, Defendant filed its Reply to the Opposition to Motion to Dismiss, or, in the Alternative, Motion to Transfer Venue.

5. On June 6, 2016, the court issued its Reassignment Order, re-assigning this case to Magistrate Judge Howard R. Lloyd for all further proceedings with instructions to re-notice the hearing before Magistrate Judge Howard R. Lloyd.

6. On June 7, 2016, the court notified the parties that the hearing on the Defendant's Motion to Dismiss, or, in the Alternative, Motion to Transfer Venue has been re-set for July 19, 2016 at 10:00 a.m. in Courtroom 2, 5th Floor, San Jose, CA.

7. Plaintiff is requesting a continuance of the hearing set by the court on July 19, 2016 because of a pre-paid planned vacation, and unavailable beginning July 12, 2016 returning on July 25, 2016.

8. Local Rule 6-2(a) provides parties may file a stipulation, requesting an order changing time that would affect the date of an event or deadline already fixed by Court Order, or that would accelerate or extend time frame set in the Local Rules or in the Federal Rules.

///

Case No. 16-cv-02352-HRL

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF PHOTONICS CORPORATION'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

10476313.DOC                                         2

9. Pursuant to Local Rule 6-2(a), the parties hereby stipulate and agree that Defendant's Motion to Dismiss, or, in the Alternative, Motion to Transfer Venue be heard on July 26, 2016 at 10:00 a.m. in Courtroom 2, 5th Floor, San Jose, CA, or as soon thereafter as the matter may be heard.

10. The parties believe no other filing dates scheduled in this case will be affected by this modification.

Dated: June 14, 2016                          SILICON VALLEY LAW GROUP


/s/ Edward A. Kraus_____
Edward A. Kraus, attorneys for
Acceler-Ray, Inc.


Dated: June 14, 2016                          HOPKINS & CARLEY


/s/ Jennifer Coleman_____
Jennifer Coleman, attorneys for
IPG Photonics Corporation


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:___June 15, 2016_____            _____
                                             Magistrate Judge Howard R. Lloyd
                                             United States District Court
                                             Northern District Court

Case No. 16-cv-02352-HRL

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF PHOTONICS CORPORATION'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

10476313.DOC                                 3